PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Aug 11, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYKHEEM ANDREW GUTHERY,<br><br>Defendant. | CASE NO. 2:22-cr-00173 KJM<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 922(g)(8) – Prohibited Person in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition]

The Grand Jury charges: T H A T

RAYKHEEM ANDREW GUTHERY,

defendant herein, on or about June 9, 2022, in Solano County, State and Eastern District of California,

knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one

year, specifically:

(1) Evasion of a Peace Officer, in violation of California Vehicle Code section 2800.2(A), on or about October 12, 2011, in Solano County, California;

(2) Assault with Force Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), on or about March 9, 2016, in Alameda County, California; and,

(3) Grand Theft, in violation of California Penal Code Section 487(a), on or about December 29, 2021, in Solano County, California,

INDICTMENT

1

1  did knowingly possess ammunition, specifically, 18 rounds of .40 caliber ammunition, which was

2  loaded in a privately manufactured firearm, in and affecting commerce, in that said ammunition had

3  previously been transported in interstate and foreign commerce, in violation of Title 18, United States

4  Code, Section 922(g)(1).

5  COUNT TWO:  [18 U.S.C. § 922(g)(8) – Prohibited Person in Possession of Ammunition]

6         The Grand Jury further charges: T H A T

7                    RAYKHEEM ANDREW GUTHERY,

8  defendant herein, on or about June 9, 2022, in Solano County, State and Eastern District of California,

9  knowing that he was subject to a court order of the Superior Court of California, Solano County, on

10  April 15, 2021, Case Number VCR37559, that was issued after a hearing of which he received actual

11  notice, and at which he had an opportunity to participate, that restrained him from harassing, stalking, or

12  threatening an intimate partner of his, and that by its terms explicitly prohibited the use, attempted use,

13  or threatened use of physical force against such intimate partner that would reasonably be expected to

14  cause bodily injury, did knowingly possess ammunition, specifically, 18 rounds of .40 caliber

15  ammunition, which was loaded in a privately manufactured firearm, in and affecting commerce, in that

16  said ammunition had previously been transported in interstate and foreign commerce, in violation of

17  Title 18, United States Code, Section 922(g)(8).

18  FORFEITURE ALLEGATION:  [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

19         1.    Upon conviction of one or more of the offenses alleged in Counts One and Two of this

20  Indictment, defendant RAYKHEEM ANDREW GUTHERY shall forfeit to the United States pursuant

21  to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c),

22  any firearms and ammunition involved in or used in the knowing commission of the offenses.

23         2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One and

24  Two of this Indictment, for which defendant is convicted:

25              a.    cannot be located upon the exercise of due diligence;

26              b.    has been transferred or sold to, or deposited with, a third party;

27              c.    has been placed beyond the jurisdiction of the Court;

28              d.    has been substantially diminished in value; or

INDICTMENT                                2

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

*No.* 2:22-cr-00173 KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

RAYKHEEM ANDREW GUTHERY

I N D I C T M E N T

**VIOLATION(S):**      18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition;
18 U.S.C. § 922(g)(8) – Prohibited Person in Possession of Ammunition;
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

*/s/* **Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ 11th _ *day*

*of* _ August _ _ _ _ _ _ _ *, A.D. 20* 22 _ _ _

_____ /s/ N. Cannarozzi _____
*Clerk.*

*Bail, $* No process necessary.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

**United States v. RAYKHEEM ANDREW GUTHERY**   2:22-cr-00173 KJM
**Penalties for Indictment**

## COUNT 1:

VIOLATION:          18 U.S.C. § 922(g)(1) - Felon in possession of ammunition

PENALTIES:          Maximum of 10 years in prison,
                    A fine of up to $250,000 fine, or both,
                    A term of Supervised Release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 2:

VIOLATION:          18 U.S.C. § 922(g)(8) – Prohibited person in possession of ammunition

PENALTIES:          Maximum of 10 years in prison,
                    A fine of up to $250,000 fine, or both,
                    A term of Supervised Release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:          18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:          As stated in the charging document