HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Douglas_Beevers@fd.org

Attorney for Defendant
RAYKHEEM GUTHERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:22-cr-00173-KJM-1 |
| Plaintiff, | **ORDER TO FILE EXHIBITS UNDER SEAL** |
| v. | |
| RAYKHEEM GUTHERY, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to seal Exhibits B and C to Mr. Guthery's Sentencing Memorandum be granted so that the confidential personal information they contain is not available on the public docket. The Exhibits have been provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: October 8, 2024

HON. KIMBERLY J. MUELLER
United States District Judge